### No. 8704.

R. E. RIVERS vs. THE NEW ORLEANS WATER WORKS COMPANY.

One who, without error or duress, has paid an excessive demand, cannot maintain an action for repetition thereof. Arts. 2301 and 2302, C. C., must be read together.

So far as that portion of plaintiff's demand which was paid under duress is concerned, we see no reason to disturb the finding of the District Judge on the facts.

APPEAL from the Civil District Court for the Parish of Orleans. Tissot, J.

Gibson, Hall & Montgomery for Plaintiff and Appellant.

Albert Voorhies for Defendant and Appellee.

The opinion of the Court was delivered by FENNER, J.